IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARVIN THOMAS, and TERRELL LAWRENCE, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) NO. 3:23-cv-01204 ) |
| v. | ) CHIEF JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY |
| RICHARD MONTGOMERY, as Chairman of the Tennessee Board of Parole, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss (Doc. No. 14) is **GRANTED** and this case is hereby **DISMISSED**.

The Clerk is directed to close the file.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE